AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
JUN 22 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | **UNDER SEAL** |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:23mj 130 |
| BRANDON TYLER LINDSEY | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>from on or about June 2020 through on or about February 28, 2022,</u> in the <u>Eastern</u> District of <u>Virginia</u> and elsewhere, the defendant violated:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| Count One:<br>18 U.S.C. § 2251(a) | Production of Child Pornography |
| Count Two:<br>18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor |
| Count Three:<br>18 U.S.C. § 2423(b) | Interstate Travel with Intent to Engage in Illicit Sexual Conduct |
| Count Four:<br>18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography |
| Count Five:<br>18 U.S.C. § 2251(a) | Attempted Production of Child Pornography |
| Count Six:<br>18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor |
| Count Seven:<br>18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

*/s/ Victoria Liu*
Victoria Liu
Special Assistant United States Attorney

☒ Continued on the attached sheet.

*/s/ David Desy*
*Complainant's signature*

David Desy, FBI, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 22, 2023

*/s/ Robert J. Krask*
*Judge's signature*

ROBERT J. KRASK
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and state: Norfolk, Virginia