JS 45 (11/2002)

| Criminal Case Cover Sheet | REDACTED | U.S. District Court |
|---|---|---|

| Place of Offense: | Under Seal: Yes ☒ No ☐ | Judge Assigned: |
|---|---|---|
| City: EDVA | Criminal Complaint: yes | Criminal Number: 2:23mj130 |
| County/Parish: | Same Defendant: | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____. | |

### Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI# 23WF3T064 | | |
|---|---|---|---|
| Defendant Name: Brandon Tyler Lindsey | | Alias Name(s): | |
| Address: Chesapeake, VA | | | |
| Birth Date: 1996 | SS#: xxx-xx-2130 | Sex: male | Race: Black | Nationality: non-hispanic | Place of Birth: VA |
| Height: 6'0" | Weight: 155 | Hair: Blk | Eyes: Brown | Scars/Tattoos: unk |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | |

### Location Status:

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: in: | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

### Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

### U.S. Attorney Information:

| SAUSA: Victoria Liu | Telephone No. 757-441-6331 | Bar #: 5431549 |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

Office of Special Investigations, 1100 Guardian Rd., Building 5006-B, Seymour Johnson AFB, NC, 27534 SA Fonseca

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2251(a) | Production of Visual Depictions of Minors Engaging in Sexually Explicit Conduct | 1 | Felony |
| Set 2 | 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor | 2 | Felony |
| Set 3 | 18 U.S.C. § 2423(b) | Interstate Travel with Intent to Engage in Illicit Sexual Conduct | 3 | Felony |
| Set 4 | 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography | 4 | Felony |

| Set 5 | 18 U.S.C. § 2251(a) | Attempted Production of Visual Depictions of Minors Engaging in Sexually Explicit Conduct | 5 | Felony |
|---|---|---|---|---|
| Set 6 | 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor | 6 | Felony |
| Set 7 | 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography | 7 | Felony |