This is an apology to everyone involved.

Exspecially to the families of the ones I hurt. When I think about it that's a pain no one should have to feel. Being behind bars with everything taken away has taught me a lot about myself; like getting more in tune with Christ Jesus strengthening my relationship with Him. Writing down my thoughts and picking up a new interest such as chess. I messed up real bad and wanted to get away, but God kept me grounded and honest with myself. I ask for forgivness from everyone here involved. Examining myself daily and trying to be better than yesterday is the path my mindset is on.

"Lord help me everyday to examine myself and relinquish every area of my life to You. For in Your loving arms I am filled, not with the delights of this world, but with Your joy."

For the sake of my family, expesially my Grandmother I ask for mercy. Just to be able to sit down and eat with her again. My plans are to finish my degree in Physical Education so that one day I can become a Physical Therapist. Being occupied with a part time job while I complete my degree, and then sharing my testimony with everyone to show the power of God and how I overcome this obsiticle.

"God, let me not be shaken, but have my eyes fixed firmly on You. Let my actions speak for my beliefs and let me not faulter. Continue to use me as a vessel."

I send to everyone involved my love and prayers. I want to be there for my family and make a 180° degree turn in life. My regrets bare heavy on my soul to the point it aches sometimes. Everyday I wake up I'm grateful because that lets me know that God isn't finished with a sinner like me yet.

"Lord, help me to open my eyes and see that my whole purpose is to love You and enjoy You forever in a state of joy and contentment in the Holy Spirit!"

Please I just ask for another chance to make things right with everyone involved, my family & myself.

Thank You.