Dear Judge Jackson,

My name is Angela Lindsey, I am Brandon Lindsey's mother. I am a Librarian at Southwestern Elementary school in Chesapeake, VA.  I graduated from Hampton University in 1990. In 1993, I joined my mother as a member of Alpha Kappa Alpha. I met Brandon's father; we were married in 1994.

Brandon was born on March 14, 1996, in Richmond, VA. Brandon was Christened in Ebenezer Baptist church.  In elementary school, Brandon attended church regularly with his nanas Helen and Gloria.  In elementary school, Brandon enjoyed toy trains, doing flips and playing the drums occasionally for the Sunshine children's choir at church. In middle school, Brandon enjoyed tracing manga art and playing video games. In high school, Brandon was popular  and ran track. Brandon participated in a beautilllion and cotillion and did community service projects.  Brandon was challenged with a learning disability while attending Chesapeake Public Schools and had an individualized learning plan. Brandon was never in trouble in school.

The family was pleased when Brandon transferred from TCC to Norfolk State as a Physical Education major in 2017. Brandon delighted the family in 2019 when he  was accepted into the Airforce. One of my happiest moments with Brandon was joining him at his bootcamp graduation and tapping him out of formation. My heart was happy that Brandon had succeeded in accomplishing a tough goal.  On the weekends Brandon enjoyed teaching the family Texas style Uno and watching Disney and Marvel movies with me.  In the military, Brandon had structure, positive role models and periodically increased in rank and responsibility.  Recently, Brandon lead small crews doing  grounds maintenance.

I could have never imagined that Brandon would be incarcerated. My heart is broken and the entire family disappointed, sickened and saddened. The family misses Brandon's calming, patient presence and assistance with chores, errands and technology challenges.  Brandon expresses remorse for the pain and humiliation he has caused. Brandon says he accepts responsibility for his actions while trying to keep his spirits up knowing that his future life will have additional challenges.

Fortunately for Brandon, he has family who love and support him unconditionally. I ask for leniency and look forward to seeing Brandon rehabilitated and being of service to the community.  Brandon's extended support system and family are praying that Brandon has enough time to make a new beginning after serving his punishment. We are hoping to be alive for Brandon after his incarceration so we can assist him in realizing the vision he has for his life after release.

Sincerely,

Angela Lindsey
757-773-6677