November 2, 2023

The Honorable Raymond A. Jackson
Judge, U.S. District Court Eastern District of Virginia
Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510

Re: **Brandon Tyler Lindsey**

Dear Honorable Judge Jackson:

I am Junius H. Williams, Jr., and I have known the family of Brandon T. Lindsey for over 30 years. Costella and I were friends with his maternal grandparents, Alvin and Helen Ricks, who were very much involved in the community. As time moved on, I have had the pleasure and opportunity to work with Brandon's father, Mr. Troy Lindsey, who has worked as a Manager for Dominion Energy for over 20 years. Brandon's mother, Angela, who is an educator, and my wife, Costella, are members of Alpha Kappa Alpha Sorority, Inc. and are friends. I share this information to give you background of my perspective of knowing Brandon as a young man growing up. Brandon was born March 14, 1996. He was the oldest grandchild on both his mother and father's side. He was active at Ebenezer Baptist Church in Portsmouth where he participated in various youth activities of the usher board, YAMS (Young Adult Missionary Society), and the junior drummer for the sunshine choir.

Brandon finished high school in Chesapeake and went on to attend Norfolk State University where he did not complete but decided to join the United States Air Force. After completing Basic training in 2019, Brandon was stationed at Seymour Johnson Air force Base in Goldsboro, NC. He was trained as a "Security Forces" member.

Realizing what has taken place cannot be undone, I am begging the court for mercy and leniency in sentencing for Brandon. Judge Jackson, I am a true believer in the power of redemption, and if there is anything you can do to help Brandon get a second chance with his life to **"get it right"** and become a productive citizen in this society, it would be greatly appreciated. I know Brandon to be a remorseful young man, and he would be forever grateful to you. I ask and pray for leniency and mercy.

Thank you for your time and consideration. If you need to speak with me, I may be reached at (757) 407-5729, junius.williams66@gmail.com

Sincerely,

Junius H. Williams, Jr.
Retired Senior Policy Advisor, Dominion Energy
████████████

Portsmouth, VA 23701