October 31, 2023

Dear Judge Jackson:

This letter is about my godson, Brandon Lindsey, who I have known all his life. My name is Yolanda Hilliard Lucas.

His mother and I attended Hampton University together and are best friends. We both graduated with education degrees.

I currently live outside of Cleveland, Ohio. My family owns a funeral home, Lucas Memorial Chapel and a transportation company, Phoenix Luxury Vehicles. My main passion is community service. We are involved with Food & Clothing Drives, Pregnancy and Infant Loss Society and various outreach programs and organizations.

My Godson has always been a kind young man. Every year I would see him, carrying gifts or money for him. He would always say thank-you. Very appreciative!

When we've been together, he helps me carry bags; always asking if I need any help. When he was in school, he never got in trouble. I always admired the way he conducted himself. His character! Very kind and polite. I've witnessed him around his family and friends over the years. Consistent great behavior and he really loves his family. He loves being around them. Playing games, getting special treats, etc. We also went to the movies a lot when I was in town. Loved the discussions afterwards with family.

I've sent him a few inspirational items. He really appreciated the Bible and books. Brandon told me it really meant a lot to him and helped him on his faith journey and in difficult moments. I will never forget that conversation. It was like a lifeline for him.

I know Brandon is sorry for what he did. He has strong convictions and wants to do the right thing. I believe with proper counseling and support, that there's great hope for Brandon to achieve success in his future. He's blessed to have a wonderful family to welcome him back with open arms and would be willing to help him. That also includes me!

Thank you! I hope this letter will help reveal the core of Brandon's kind heart and his long record of doing the right things over making bad decisions.

Sincerely,

Yolanda Hilliard Lucas
Yolanda Hilliard Lucas

Phone: 216-965-6973