To: Judge Raymond Jackson

From: Troy Lindsey (Father)

RE: Brandon Tyler Lindsey (Son)

Date October 10, 2023

Judge Raymond Jackson,

It is with a heavy heart that I write this letter to you regarding my son, Brandon Tyler Lindsey. I will not make any excuses for his mis-guided behavior other than his up-bringing did not foreshadow the seriousness of the crime of which he has pleaded guilty.

I trust sir that you have heard many cases over your years; however, I only want to deal with this one involving my son (Brandon). If you could help me, find a program within the Department of Corrections that is focused on helping sex-offenders become better citizens in this world, It will be greatly appreciated.

As he is my only son, the dreams, and aspirations that I had for him as he finished his initial training in the United States Air Force have now been diminished. He will most certainly be receiving a "Dishonorable Discharge" and forever be labeled as a "sex-offender". For a young man with so much potential and opportunity, I cannot imagine what the future will hold for my son. Because he is my son, I must, as I always have, continue to love him unconditionally. Proverbs 3:5-6 *"Trust in the Lord with all thine heart; And lean not unto thin own understanding. In all thy ways acknowledge him, and He shall direct thy paths."* This passage allows me the daily strength the deal with this serious situation.

I ask for your **leniency** as you sentence my son, Mr. Brandon Tyler Lindsey. There is good in him, and he is worthy of an opportunity to prove to not only to you, but the world that he is better than what he will be labeled.

I thank you for taking the time to read this letter from a loving father concerning his mis-guided son!

Respectfully,

Troy Andre Lindsey

Ryan Mebane
1533 Old Church Road
Mechanicsville, VA 23111

October 10, 2023

Re: Brandon Lindsey

To: The Honorable Judge Raymond Jackson

I have known Brandon Lindsey as a lifelong friend of his family and as his Godfather. I was both troubled and surprised to hear about his recent case as he has always been a solid person and an upstanding human-being. It is for this reason I am happy to write this letter of reference for Brandon regarding this matter. I do understand the seriousness of this matter however, I do hope that the court will show some leniency.

Being a lifelong friend, I have seen Brandon grow up into the fine young man I know him to be. Brandon has always been a kind, respectful, and conscientious young man. He actively participated in Ebenezer Baptist Church's in Portsmouth, VA, youth activities and was their drummer for a length of time. In later years he became a member of Grove Baptist Church and was a major participant in church actives there as well. I was so happy to hear that following his graduation from Hickory High School, that he was going to follow in his father's and my footsteps by attending Norfolk State University and becoming a member of Kappa Alpha Psi, Fraternity, Inc.

I was also proud of his decision to enlist into the United States Air Force and serve his country. These days, not many young men want to join the military, but he felt a sense of wanting to serve his country and be a part of the military. I have known Brandon all his life and I have only known him to be a generous, kind and caring young man, as well as a devoted son, grandson, brother and friend. He is a young man that exhibits a great amount of integrity and character.

In closing, it is my sincere hope that the court takes this letter and any others into consideration and feels all the support that family and friends of Brandon Lindsey are trying to provide you. With full understanding of the seriousness of this case, I continue to believe Brandon to be an honorable young man, a valuable member of his family and an overall good human being. I believe that he will emerge from this a changed and better person.

Sincerely,

Ryan K Mebane

## On Behalf of Brandon Lindsey

Cleve Packer <acecp@hotmail.com>
Sun 10/8/2023 3:13 PM
To:Troy Lindsey <tlinzee45@yahoo.com>

*Troy, see below.*

Judge Raymond A. Jackson,

I write to you on behalf of Brandon Lindsey. Brandon was born in Richmond, VA on March 14, 1996. He grew up in the Hampton Roads area. He has been a drummer at Ebenezer Baptist Church in Portsmouth, VA and attended Hickory High School in Chesapeake, VA where he graduated in 2014. After graduation he attended Tidewater Community College from 2014-2016 and then Norfolk State University from 2016-2018. He has been a member of Grove Baptist Church. In 2019, Brandon enlisted in the United States Air Force (Security Forces). He loves to travel, spend time with family and play video games.

I have known Brandon's parents, Troy and Angela Lindsey for over 25 years. Both are outstanding citizens in the Hampton Roads community. Troy Lindsey and I are members of Kappa Alpha Psi Fraternity, Inc. Brother Lindsey currently is a member of the Chesapeake-VA Beach Alumni Chapter where he has served numerous roles both on the local and regional level while serving the Hampton Roads area. Moreover, Troy and I have been friends for almost 30 years, and I consider him I consider him one of my best friends.

On behalf of Brandon Lindsey and his family, I ask for any leniency on sentencing in pertaining to his legal matter.

With sincerest regards,

Cleve H. Packer - Director of Business Development, University of Viriginia | Northern Virginia
Board of Directors Arlington Chamber of Commerce
Board of Directors Public Education Foundation of Charlottesville-Albemarle
Member of Kappa Alpha Psi Fraternity, Inc.
Member of Sigma Pi Phi Fraternity - The Boule'