Ryan Mebane
1533 Old Church Road
Mechanicsville, VA 23111

October 10, 2023

Re: Brandon Lindsey

To: The Honorable Judge Raymond Jackson

I have known Brandon Lindsey as a lifelong friend of his family and as his Godfather. I was both troubled and surprised to hear about his recent case as he has always been a solid person and an upstanding human-being. It is for this reason I am happy to write this letter of reference for Brandon regarding this matter. I do understand the seriousness of this matter however, I do hope that the court will show some leniency.

Being a lifelong friend, I have seen Brandon grow up into the fine young man I know him to be. Brandon has always been a kind, respectful, and conscientious young man. He actively participated in Ebenezer Baptist Church's in Portsmouth, VA, youth activities and was their drummer for a length of time. In later years he became a member of Grove Baptist Church and was a major participant in church actives there as well. I was so happy to hear that following his graduation from Hickory High School, that he was going to follow in his father's and my footsteps by attending Norfolk State University and becoming a member of Kappa Alpha Psi, Fraternity, Inc.

I was also proud of his decision to enlist into the United States Air Force and serve his country. These days, not many young men want to join the military, but he felt a sense of wanting to serve his country and be a part of the military. I have known Brandon all his life and I have only known him to be a generous, kind and caring young man, as well as a devoted son, grandson, brother and friend. He is a young man that exhibits a great amount of integrity and character.

In closing, it is my sincere hope that the court takes this letter and any others into consideration and feels all the support that family and friends of Brandon Lindsey are trying to provide you. With full understanding of the seriousness of this case, I continue to believe Brandon to be an honorable young man, a valuable member of his family and an overall good human being. I believe that he will emerge from this a changed and better person.


Sincerely,


Ryan K Mebane